# ROBINSON & COLE LLP

JOHN F.X. PELOSO, JR.

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
jpeloso@rc.com
Direct (203) 462-7503

Also admitted in New York

*By ECF*

January 3, 2014

The Honorable Arlene R. Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, NY  11722

    Re:    **The Roman Catholic Diocese of Rockville Centre, New York v. The Incorporated Village of Old Westbury, et al.**
           **Docket No. 2:09-cv-05195-PKC-ARL**

Dear Judge Lindsay:

We are counsel for defendants in the above referenced case.

Pursuant to Your Honor's Rules, we write in response to the letter of Marc J. Monte dated December 30, 2013.

Since the receipt of Mr. Monte's letter we have spoken with him. Though we have made progress, due to the holidays and the recent inclement weather, the parties have not been able to fully discuss and attempt to resolve the issues raised in Mr. Monte's



*Law Offices*

BOSTON

PROVIDENCE

HARTFORD

NEW LONDON

STAMFORD

WHITE PLAINS

NEW YORK CITY

ALBANY

SARASOTA

*www.rc.com*    12639631-v1

# ROBINSON & COLE LLP

The Honorable Arlene R. Lindsay
January 3, 2014
Page 2

letter. In this regard, the parties intend to speak further and will report to Your Honor within one week the substance of any agreement that may be reached.

Respectfully submitted,

John F.X. Peloso, Jr.

JFXP/s
cc: Marc J. Monte, Esq. (by email)
Hiram B. Carey III, Esq. (by email)
Eric M. Robinson, Esq. (by email)
Daphne Morduchowitz, Esq. (by email)

